**Order issued October 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01563-CR
No. 05-13-01564-CR
No. 05-13-01565-CR
No. 05-13-01566-CR

**TRACY REBECCA SIVERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices FitzGerald, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the June 5, 2014 motion of Bruce C. Kaye for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Bruce C. Kaye as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Tracy Rebecca Sivert, TDCJ No. 1889094, Plane State Jail, 904 FM 686, Dayton, Texas, 77535.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE